UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 06-21230-CIV-JORDAN

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TANIA LEE | ) ) ) |
| Plaintiff | ) ) |
| vs. | ) |
| ELA | ) ) |
| Defendant | ) |

**ORDER DISMISSING CLAIMS AND CLOSING CASE**

In light of the stipulation for dismissal [D.E. 99], this action against ELA is DISMISSED, each party to bear its own costs and fees. All claims in this action are DISMISSED WITH PREJUDICE to Relator Tania Lee; all claims in this action that constitute "Covered Conduct," as defined in the Settlement Agreement, are DISMISSED WITH PREJUDICE to the United States; and all other claims are DISMISSED WITHOUT PREJUDICE to the United States.

I will retain jurisdiction to enforce the Settlement Agreement [D.E. 99-1]. All contents on the docket that are currently under seal shall remain under seal and not be made public unless otherwise ordered unsealed.

Any and all pending motions are DENIED AS MOOT. This case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 4th day of November, 2010.

*/s/ Adalberto Jordan*
Adalberto Jordan
United States District Judge

Copy to: All counsel of record